AO 442     (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALBAMA__

UNITED STATES OF AMERICA

V.

GUALTERIO GUZMAN XOCHICALE
2759 Lot 9 Dadeville Road
Alexander City, AL 35010

**WARRANT FOR ARREST**

Case Number:  3:05cr262-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     __GUALTERIO GUZMAN XOCHICALE__

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment     ☐ Information     ☐ Complaint     ☐ Order of court     ☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice

charging him or her with     (brief description of offense)

Illegal alien in possession of a firearm in and affecting commerce (1 count)

in violation of Title ____18____ United States Code, Section(s) ____922(g)(5)(A)____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer

Signature of Issuing Officer

November 16, 2005 - Montgomery, AL
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |