**COURTROOM DEPUTY MINUTES**     DATE: __12/2/05__
**MIDDLE DISTRICT OF ALABAMA**

                                                    DIGITAL RECORDING: __2:20 P.M. to 2:29 P.M__

- [√] INITIAL APPEARANCE
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE __CHARLES S. COODY__    DEPUTY CLERK: __WANDA STINSON__
CASE NO. __3:05CR262-A-CSC__    DEFT. NAME: __GUALTERIO GUZMAN XOCHICALE__
USA: __SUSAN REDMOND__    ATTY: __BEN BRUNER__
                                                    Type Counsel:  ( ) Retained;  ( ) Panel CJA;  ( ) Waived;  (√) CDO;
USPTSO/USPO: __JEFFERY LEE__
Defendant __√__ does ___ does NOT need an interpreter;
Interpreter present ___ NO  _√_ YES   NAME __DENNIS HALE__

- [√] Kars.    Date of Arrest __12/1/05__ or [ ] karsr40
- [√] kia.    Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [√] kcnsl.    Deft. First Appearance with Counsel
- [√]    Requests appointed Counsel  √ ORAL MOTION for Appointment of Counsel
- [√] Finaff.    Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted    **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [√] 20appt.    Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [√]    Government's **WRITTEN** Motion for Detention Hrg. filed.
- [√]    **DETENTION HRG** [ ] held; √ set for __12/13/05 @ 9:00 A.M.__; [ ] Prelim. Hrg [ ] Set for___
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.    Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.    [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-     [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [√] Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.    Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.    Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] Karr.    ARRAIGNMENT SET FOR:_____ [ ] HELD. Plea of **NOT GUILTY** entered.
-      [ ] Trial Term _____; [ ] PRETRIAL CONFERENCE DATE: _____
-      [ ] DISCOVERY DISCLOSURES DATE: _____
- [ ] Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [ ] Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**
-      * Detainer to be placed by INS. Deft REMANDED to custody pending further proceedings.