# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ORDER OF TEMPORARY DETENTION |
| ) | |
| v. ) | CR NO. 3:05CR262-A |
| ) | |
| GEREMIAS SANDOVAL ) | |
| MISSEAL FLORES XOCHICALE ) | |
| GUALTERIO GUZMAN XOCHICALE ) | |

**ORDER**

The defendants' first appearance in this court was on December 2, 2005. Information presented to the court shows that the defendants are not citizens of the United States and that the Immigration and Customs Enforcement is seeking the defendants for purposes related to deportation. Thus, the court concludes that the defendants present a risk of flight. Accordingly, pursuant to 18 U.S.C. § 33142(d), it is

**ORDERED** that the defendants be detained without bail to and including **December 12, 2005**, for the purpose of determining if the appropriate federal authorities wish to take the defendants into custody.

The government is **DIRECTED** to notify the appropriate officials so that the custody of the defendants can be transferred and a detainer placed in connection with this case. If custody is not transferred on or before **December 12, 2005**, it is

ORDERED that pursuant to 18 U.S.C. § 3142 a detention hearing be and is hereby set on December 12, 2005, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The United States Marshal or the persons having custody of the defendants shall produce them for this hearing.

Done this 5th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE