## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

**HON. CHARLES S. COODY**              AT         Montgomery, Alabama

**DATE COMMENCED:**   12/9/05        AT         2:12 p.m. to 2:33 p.m.

**DATE COMPLETED:**   12/9/05        TO         Digital Recorded

UNITED STATES OF AMERICA             *
                                     *
VS.                                  *     CASE NO.: 3:05CR262-A-CSC
                                     *
GERMEMIAS SANDOVAL                   *
MISSEAL FLORES XOCHICALE             *
GYALTERO GYZMAN XOCHICALE            *

| **GOVERNMENT** | **APPEARANCES:** | **DEFENDANT** |

Atty. Tommie Hardwick              *    Atty. Donnie Bethel
                                   *    Atty. Richard Keith
                                   *    Atty. Ben Bruner - NOT PRESENT
Tamra Martin, USPO
David Conoly, USPO

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Interpreter:** Elisa P. Brodbeck

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARING AND ARRAIGNMENT**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Detention hrg.
**Date:** 12/12/2005
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 2:13:01 PM | Court | Court convenes; parties present as noted; Interpreter sworn; Discussions as to the whereabouts of Atty. Bruner who is not present in court; |
| 2:13:20 PM | Atty. Keith | Have not heard from him; |
| 2:13:27 PM | Court | He represents Mr. Guzman? |
| 2:13:30 PM | Atty Keith | That's correct; |
| 2:13:38 PM | Court | Discussions as to proceeding with hearing with Mr. Guzman; Discussons regarding other defense standing for Atty. Bruner; |
| 2:13:55 PM | Atty. Keith | Can do that; |
| 2:13:59 PM | Court | Court will recess to allow counsel to confer with Deft Guzman regarding other counsel to represent him for detention and arraignment proceedings; If he wants lawyer here, we can reset it for another time; |
| 2:14:24 PM | Court | COURT IS RECESSED. |
| 2:23:40 PM | Court | Court RECONVENES; |
| 2:23:44 PM | Atty. Keith | Addressed the court as to deft Guzman and to deft Flores to reserved right to proceed with the detention as a later date and to proceed with arraignment; |
| 2:24:23 PM | Court | The for Mr. Sandoval? |
| 2:24:28 PM | Atty. Bethel | Yes. |
| 2:24:28 PM | Court | The defts do not contest detention as this point? |
| 2:24:29 PM | Atty. Keith | No sir. |
| 2:24:32 PM | Atty. Bethel | No sir. |
| 2:24:32 PM | Court | We will proceed with arraignment; All 3 defts placed under oath ofr |
| 2:25:12 PM | Court | Let's take Mr. Sandoval first; Arraignment collouqy being; Deft enters not guilty plea; Disc; Provided 12/12/05; Trial set for 2/13/06 before visiting judge; |
| 2:28:13 PM | Atty. Bethel | No objections to the 2/13/06 trial term; |
| 2:28:23 PM | Court | How long will take to try case?; |
| 2:28:28 PM | Atty. Hardwick | 1 day; |
| 2:28:28 PM | Atty. Bethel | Concur; |
| 2:28:35 PM | Court | Deft order detained; |
| 2:28:54 PM | Court | Next Flores-Xochicale; arraignment collouqy; Deft enters not guilty plea to the charges in the indictment; Discover by 12/12/05; Any objections to the Feb. setting: |
| 2:30:34 PM | Atty.Keith | No objections; |
| 2:30:37 PM | Court | Order defendant be detained pending further proceedings; |
| 2:30:47 PM | Court | Next Mr. Guzman Xochicale; acknowledges Atty. Bruner not present; Deft advised that if he does not want to proceed with arraignment today, the court can set if for another time; Request to allow Mr. Bethel to assist with arraignment today? |

12/12/05 15:31:16

1/2

| 2:31:16 PM | Deft Guzman | Yes. |
| 2:31:16 PM | Court | Do you wish to proceeding with arraignment at this time; |
| 2:31:23 PM | Deft Guzman | yes. |
| 2:31:30 PM | Court | Arraignment collouqy begins; Deft enters not guilty plea to the charges in the indictment; Discovery : 12/12/05; Atty. Bethel to tell Mr. Bruner about the 2/13/06 trial term; If he have any objections that he should let the court know ASAP; Deft to remain in custody; |
| 2:33:33 PM | Court | Court is recessed. |