IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 3:05CR262-LSC |
| ) | |
| GEREMIAS SANDOVAL, ) | |
| MISSEAL FLORES XOCHICALE, ) | |
| GUALTERIO GUZMAN XOCHICALE ) | |

**<u>ORDER</u>**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was convened on December 12, 2005. In open court, each of the defendants waived their right to a hearing and did not contest their detention.

Therefore, it is ORDERED that the defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendants shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendants to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 13th day of December, 2005.

                         /s/Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE