☐ ARRAIGNMENT  ✓ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: **CHARLES S. COODY**  DEPUTY CLERK: **WANDA STINSON**

CASE NUMBER: **3:05CR262-LSC-CSC**  DEFENDANT NAME: **GUALTERIO GUZMAN XOCHICALE**

AUSA: Tommie Hardwick  DEFENDANT ATTY: **BEN E. BRUNER**

USPO: Dewayne Spurlock  Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO

Defendant ✓ does ___ does NOT need and interpreter.  Interpreter Name: **BEVERLY CHILDRESS**

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty ☐ Nol Contendere ☐ Not Guilty by reason of insanity

✓ Guilty as to: ✓ Count(s) __1__ of the **Indictment**

☐ Count(s) _____ ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

☐ **ORDER:** Defendant Continued under ☐ same Conditions/Bond imposed ; ☐Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____ ; ☐ To be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ✓ Sentencing on _____ ✓ set by separate Order.